JS 44 (Rev. 12/07, NJ 5/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Allison Skidmore

**DEFENDANTS**
Virtua Health, Inc.

(b) County of Residence of First Listed Plaintiff: **Burlington County, NJ**

County of Residence of First Listed Defendant: **Burlington County, NJ**

(c) Attorney's (Firm Name, Address, Telephone Number and Email Address)
Ari R. Karpf and Paul C. Lantis
Karpf & Karpf, P.C., 3070 Bristol Pike, Bldg. 2, Ste. 231
Bensalem, PA 19020  (215) 639.0801
akarpf@karpf-law.com; plantis@karpf-law.com

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)
Kristine Grady Derewicz and Elizabeth Tempio Clement
Littler Mendelson, P.C., 1601 Cherry Street, Suite 1400,

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 330 Federal Employers' Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | | | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☒ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | / ☐ 530 General | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Family Medical Leave Act, 29 U.S.C. §§ 2601 et seq.

Brief description of cause:
Interference in violation of the Family Medical Leave Act

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) (See instructions):
JUDGE _____    DOCKET NUMBER _____

Explanation:

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 01/28/2011 | s/ Kristine Grady Derewicz |

LITTLER MENDELSON
A Professional Corporation
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA  19102.1321
267.402.3000 (t)
267.402.3131 (f)

Attorneys for Defendant Virtua Health, Inc.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ALLISON SKIDMORE,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>VIRTUA HEALTH INC.,<br><br>　　　　　　Defendant. | Docket No.<br><br>Civil Action<br><br>**NOTICE OF REMOVAL OF ACTION** |

Defendant Virtua Health, Inc. ("Virtua"), by and through its undersigned counsel, hereby alleges the following:

1. Plaintiff Allison Skidmore ("Ms. Skidmore") commenced a civil action by filing a Complaint on or about April 12, 2010, against Virtua in the Superior Court of New Jersey, Law Division, Camden County, styled <u>Allison Skidmore v. Virtua Health Inc. and Summit Surgical Center LLC</u>, Docket No. CAM-L-1835-10.

2. On or about December 28, 2010, Ms. Skidmore filed a Second Amended Complaint against Virtua in the Superior Court of New Jersey, Law Division, Camden County, styled <u>Allison Skidmore v. Virtua Health Inc.</u>, Docket No. CAM-L-1835-10 ("Second Amended Complaint").

3. Virtua received notice of Ms. Skidmore's Second Amended Complaint by email correspondence from Ms. Skidmore's counsel dated January 10, 2011, which enclosed a copy of the Second Amended Complaint as filed by Ms. Skidmore in the Superior Court of New Jersey, Law Division, Camden County. (A true and correct copy of the January 10, 2011 correspondence from Ms. Skidmore's counsel to Virtua is attached hereto as Exhibit 1. A true and correct copy of the Second Amended Complaint is attached hereto as Exhibit 2).

4. The Second Amended Complaint purports to state a claim for interference in violation of the Family Medical Leave Act, 29 U.S.C. § 2601 *et al.*, as well as claims for discrimination on the basis of disability and on the basis of perceived disability in violation of the New Jersey Law Against Discrimination, N.J.S.A. § 10:5-1 *et seq*.

5. This Court has original jurisdiction over this action under 28 U.S.C. § 1331 because the matter in controversy arises under the Constitution, laws, or treaties of the United States.

6. Accordingly, the grounds for federal question jurisdiction are satisfied, and this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331.

7. This Court has supplemental jurisdiction under 28 U.S.C. § 1367 over the Second Amended Complaint to the extent it purports to make state law claims under the New Jersey Law Against Discrimination because the state law claims are so related to the federal claims that they form part of the same case or controversy.

8.      By reason of the foregoing and pursuant to 28 U.S.C. § 1441(b) and (c), Virtua desires and is entitled to have this case removed from the Superior Court of New Jersey, Law Division, Camden County to the United States District Court for the District of New Jersey.

9.      In accordance with 28 U.S.C. § 1446(b), this Notice of Removal has been filed within thirty (30) days after the receipt of notice of the Second Amended Complaint by Virtua.

10.     This Court is the district and division embracing the place where the State Court Action is pending for purposes of 28 U.S.C. § 1441(a).

11.     True and correct copies of this Notice of Removal are being promptly filed with the Clerk of the Superior Court of New Jersey, Law Division, Camden County, and served this date upon Ms. Skidmore's counsel of record.

WHEREFORE, Virtua requests that this case be removed to the United States District Court for the District of New Jersey, that this Court accept jurisdiction of this action and that this action be henceforth placed on the docket of the Court for all further proceedings as though the same action had been originally instituted and commenced in this Court.

          Respectfully submitted,

          s/ Kristine Grady Derewicz
          Kristine Grady Derewicz
          Elizabeth Tempio Clement
          LITTLER MENDELSON
          A Professional Corporation
          1601 Cherry Street, Suite 1400
          Philadelphia, PA  19102.1321
          267.402.3000 (t)
          267.402.3131 (f)

          Attorneys for Defendant Virtua Health, Inc.

Dated: January 28, 2011

## CERTIFICATE OF SERVICE

I, Kristine Grady Derewicz, hereby certify that I caused to be served the foregoing **Notice of Removal of Action**, via email and first class mail, upon the following:

> Ari R. Karpf, Esquire
> Paul C. Lantis, Esquire
> Karpf, Karpf & Virant
> 3070 Bristol Pike
> Building 2, Suite 231
> Bensalem, Pennsylvania 19020
> akarpf@karpf-law.com
> plantis@karpf-law.com

In addition, a copy of the foregoing has been filed with the Court and is available for download from the Court's CM/ECF system.

s/ Kristine Grady Derewicz
Kristine Grady Derewicz

Dated: January 28, 2011