IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALLISON SKIDMORE,<br><br>    Plaintiff,<br><br>    v.<br><br>VIRTUA HEALTH INC.,<br><br>    Defendant. | CIVIL NO. 11-503(NLH)(AMD)<br><br>**ORDER** |

For the reasons expressed in the Court's Opinion filed today,

IT IS HEREBY on this ____20th_____ day of June, 2012

ORDERED that defendant's motion for summary judgment [10] is GRANTED IN PART AND DENIED IN PART; and it is further

ORDERED that defendant's motion is GRANTED as to plaintiff's claims alleging violations of the Family Medical Leave Act, and it is DENIED as to plaintiff's claims alleging violations of the New Jersey Law Against Discrimination.

                                   s/ Noel L. Hillman
At Camden, New Jersey              NOEL L. HILLMAN, U.S.D.J.